**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. NO. 05-00254-CG |
| | ) |
| RALPH LAHQUAN STATEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Sentencing hereby is **RESCHEDULED** for **Thursday, May 11, 2006, at 1:30 p.m.**, to be held in courtroom 2B, United States Courthouse, Mobile, AL.

**DONE and ORDERED** this 10th day of April, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE