# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 05-254-001 |
| RALPH LAHQUAN STATEN ) | USM No: **09192-003** |
| ) | Carlos Williams |
| Date of Previous Judgment: 11/14/2006 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✘ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.    ✘ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121  months **is reduced to**  97 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  31          Amended Offense Level:  29
Criminal History Category:  II       Criminal History Category:  II
Previous Guideline Range:  121  to  151  months    Amended Guideline Range:  97  to  121  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✘ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/15/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 8, 2010                           /s/ Callie V. S. Granade
                                                       Judge's signature

Effective Date: _____                    UNITED STATES DISTRICT JUDGE
    (if different from order date)                     Printed name and title