AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RALPH LAHQUAN STATEN | ) | Case No: 05-00254-001 |
| | ) | USM No: 09192-003 |
| Date of Original Judgment: 11/20/2006 | ) | |
| Date of Previous Amended Judgment: 6/8/2010 | ) | Carlos Williams |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97 months  months **is reduced to**  63 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

If this reduced sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as otherwise provided, all provisions of the judgment dated  11/20/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  2/16/2012

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date:  2/27/2012
*(if different from order date)*

United States District Judge
*Printed name and title*